In the Matter of Acquiring Title to Public Park Located between Beach Channel Drive and the U. S. Bulkhead Line of Jamaica Bay, and between Lines Which Are Approximate Prolongations of the Westerly Sides of Beach 116th and Beach 124th Streets, in the Borough of Queens. SAMUEL FRANK, Appellant, Respondent; CITY OF NEW YORK, Respondent, Appellant; ROCKAWAY PARK YACHT CLUB, INC., and HELEN C. ORMOND, Respondents.— On the court's own motion, the decision of this court handed down May 18, 1942 [ante, p. 784], is amended to read as follows: In a condemnation proceeding, order entered on motion to determine the validity and priority of various claims or liens affecting the award for Damage Parcels 9 to 13, inclusive, and for other relief, modified on the law as follows: 1. By striking out subdivision (1) of the first ordering paragraph and subdivision (1) of the second ordering paragraph and in place thereof inserting a provision that taxes and penalties be computed to the date of payment of the taxes. 2. By striking from subdivision (3) of the first ordering paragraph the words " To the Treasurer of The City of New York pending further order of this Court " and substituting in place thereof the words " To Samuel Frank, the second mortgagee," and by striking from said subdivision the figures " $64,877.99 " and substituting in place thereof the figures " $70,000." 3. By striking from subdivision (3) of the second ordering paragraph the figures " $9,634.15 " and substituting in place thereof the figures " $10,000." As so modified, the order, in so far as appealed from, is affirmed, with ten dollars costs and disbursements to appellant Frank, payable by respondent-appellant City of New York. (See Matter of City of New York [Rockaway Beach], 288 N. Y. 51.) Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur. Settle order on notice.

In the Matter of Proving the Last Will and Testament of MICHAEL P. SCANLON, Late of the County of Queens, Deceased. KATE SCANLON, Contestant, Appellant; JOSEPH E. DOTI, as Executor, etc., of MICHAEL P. SCANLON, Deceased, Respondent.— Order of the Surrogate's Court of Queens County, denying appellant's motion to vacate the decree admitting the will to probate and to grant a rehearing on the ground of newly-discovered evidence, unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.